Michelle Lowe
5307 N.W 23rd Street
Lauderhill, Florida 33313
954-990-8550

October 26th, 2010

Honorable Charles A. Pannell, Jr
United States District Court
Northern District of Georgia
2367 United States Courthouse
75 Spring Street SW
Atlanta, Georgia 30303

Case number: 109 MI 494 Cap

Judge Pannell:

I am writing the Courts on behalf of myself, on the above case. I am kindly asking to file a motion to expedite my case.

Sir, back in november the Court appointed Mr. Richard Caratiti of troutman Sanders to represent me in 2009. I have worked with this attorney and complied with all his request. I am aware that the law firm assigned to me has many Clients and is quite busy. Over the past Several months it has been extremely difficult to get in Contact with him. On many occassions I have tried to Email, and telephone, Mr. Caratiti's but due to his Schedule most of my calls and Emails go unanswered. Which brings me to the present why I am asking and the Court to expedited this case.

Judge Pannell, I am asking the Court to have mercy. On 10-19-2010 Mr. Richard Caratiti informed me by Email that on that Monday he would Submit a Summary of his findings to you and I.

But it still has not been submitted. Once again this case has been sitting without any activity since November of last year. I am asking you Sir to look over this case, so that it maybe closed and I can go on with some type of normacy to my life.

I plead with this Court to expedite this case and make a ruling. I have written to Mr. Garalitus in Email form telling him how important this is for me, my situation is changing daily.

Thank you Judge Pannell for taking the time to read this letter

P.S
Please review my case and make a ruling.

Michelle Lowe
5307 NW 23rd Street
Lauderhill, Florida 33813
954.990.8550, Ms.MichelleLowe@Hotmail.com

Thank you,
Michelle L