```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | |
|---|---|
| MICHELLE LOWE, | |
|     Plaintiff, | CIVIL ACTION |
| v. | NO. 1:09-MI-494-CAP |
| CAPTAIN D'S, | |
|     Defendant. | |

### O R D E R

The court has reviewed the report filed by Richard Gerakitis, the appointed counsel for the plaintiff [Doc. No. 7]. Having reviewed this report, the court does not find sufficient evidence for a case against the defendant to move forward. As such, Richard Gerakitis is relieved from his appointment in this matter, and the clerk is DIRECTED to close this action.

SO ORDERED, this 8th day of November, 2010.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge