```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

MICHELLE LOWE,

      Plaintiff,            MISCELLANEOUS ACTION

  v.                        NO. 1:09-MI-0494-CAP

CAPTAIN D'S,

      Defendant.

**O R D E R**

This matter is before the court on Michelle Lowe's motion for reconsideration [Doc. No. 9].

Ms. Lowe was originally summoned for jury duty and served as a trial juror during October 2009. Shortly thereafter, she contacted the court to complain that her employer, Captain D's, had retaliated against her by reducing her hours after her jury service. After reviewing the report created by Ms. Lowe's court-appointed counsel, on November 8, 2010, the court found there was not "sufficient evidence for a case against [Captain D's] to move forward," dismissed the appointed counsel, and directed the clerk to close this miscellaneous action file [Doc. No. 8].

On March 23, 2012, Ms. Lowe filed a motion for reconsideration asking the court to reopen the case. See [Doc. No. 9]. She claims that during the intervening sixteen months she has obtained "new evidence" that was not previously submitted to the court. However, the Civil Local Rules of Practice for this court require a motion

for reconsideration be filed within twenty-eight days after the entry of an order of the court. LR 7.2(E), NDGa. Therefore, Ms. Lowe's motion for reconsideration [Doc. No. 9] is out of time and must be DENIED.

    SO ORDERED, this 3rd day of May, 2012.

                                        <u>/s/ Charles A. Pannell, Jr.</u>
                                        CHARLES A. PANNELL, JR.
                                        United States District Judge